District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DUY NGO and LAM DINH,

Plaintiffs,

v.

KATHY A. BARAN, Director, U.S. CITIZENSHIP AND IMMIGRATION SERVICES CALIFORNIA SERVICE CENTER; L. FRANCIS CISSNA, Director, U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and KIRSTJEN NIELSEN, Secretary, DEPARTMENT OF HOMELAND SECURITY,

Respondents.

CASE NO. 18-cv-1580-RSL

STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE AND REMAND TO USCIS

**Noted on motion calendar:**

**November 28, 2018.**

## JOINT STIPULATION

The parties stipulate and agree that Respondent USCIS re-opened this matter and re-issued the Request for Evidence (RFE) on November 27, 2018. The parties further stipulate that that Plaintiffs will respond to the RFE within eighty-seven days of November 27, 2018. The

[Proposed] Order of Dismissal
18-cv-1580-RSL - 1

United States Department of
Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-8557

parties further stipulate that USCIS will adjudicate the Petition within thirty days of receiving the Plaintiffs' response to the Request for Evidence. On the basis of the foregoing, the parties further stipulate that this matter shall be dismissed without prejudice and without costs or fees to either party. The Parties agree that the Court will maintain jurisdiction for the narrow and limited purpose of enforcing compliance with the terms of this stipulation.

Dated this 28th day of November, 2018.

Sunbird Law, PLLC

*s/ Devin T. Theriot-Orr*
Devin T. Theriot-Orr, WSBA 33995
Sunbird Law
1000 Fourth Ave., Suite 3200
Seattle, WA 98154
Phone: 206-962-5052
Fax: 206-681-9663
Email: devin@sunbird.law

Attorney for Plaintiff

Dated this 28th day of November, 2018.

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

T. MONIQUE PEOPLES
Senior Litigation Counsel

*s/ Catherine M. Reno*
Catherine M. Reno (NY 5118047)
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-8557
Facsimile: (202) 305-7000
Email: catherine.m.reno@usdoj.gov

Attorneys for Respondents

[Proposed] Order of Dismissal
18-cv-1580-RSL - 2

United States Department of
Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-8557

## ORDER

The parties having so stipulated, IT IS SO ORDERED that this case is dismissed without prejudice and without costs or fees to either party, and remanded to USCIS for the agency to issue a decision within thirty days of the agency's receipt of the Plaintiffs' Response to the Request for Evidence.

Dated this 4th day of December, 2018.

ROBERT S. LASNIK
United States District Judge

[Proposed] Order of Dismissal
18-cv-1580-RSL - 3

United States Department of
Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-8557